|   |   |
|---|---|
| ARTURO GONZALEZ, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>NCI GROUP, INC., d/b/a NCI Building Systems,<br><br>Defendant. | No. 1:18-cv-00948-AWI-SKO<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>**(Docs. 9, 11)** |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On August 14, 2019, the parties filed a "Joint Stipulation to Continue Plaintiff's Class Certification Related Deadlines In Light of Mediation" (the "Stipulation"). (Doc. 11.) In the Stipulation, the parties indicate that they have agreed to attend private mediation on November 19, 2019. (*See id*. at 3.) The parties request that the Court continue the dates in the Scheduling Order to accommodate the parties' scheduled mediation. (*See id.* at 3–4.)

Pursuant to the parties' stipulation, (Doc. 11), for good cause shown, the Court shall modify the Scheduling Order and enlarge the deadlines to permit the parties to engage in private mediation. Accordingly, it is ORDERED that the Scheduling Order (Doc. 9) is hereby MODIFIED as follows:

1. The class certification discovery deadline is continued from August 23, 2019, to **January 3, 2020.**

2. The deadline for Plaintiff to file his motion for class certification is continued from September 27, 2019, to **February 7, 2020.**

3. The deadline for Defendant's opposition to the motion for class certification is continued from October 25, 2019, to **March 6, 2020.**

4. The deadline for any reply brief in support of the motion for class certification is continued from November 8, 2019, to **March 20, 2020.**

5. The motion for class certification shall be heard on **April 6, 2020**, at 1:30 p.m., in Courtroom 2 before the Honorable Anthony W. Ishii, Senior United States District Judge.

6. The status conference to set further scheduling dates is continued from March 3, 2020, to **July 28, 2020**, at 10:00 a.m. in Courtroom 7 before United States Magistrate Judge Sheila K. Oberto. Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference. By no later than July 21, 2020, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated: **August 16, 2019**   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE