UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GONZALEZ, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>NCI GROUP, INC., d/b/a NCI Building Systems,<br><br>Defendant. | No. 1:18-cv-00948-AWI-SKO<br><br>**ORDER REGARDING NOTICE OF SETTLEMENT AND JOINT STIPULATION**<br><br>**(Doc. 13)** |

On December 12, 2019, the parties filed a notice of settlement advising the Court that the parties have reached a settlement and are in the process of finalizing the settlement agreement and filing the motion for preliminary approval of class settlement. (Doc. 13.) The parties request the pending deadlines be vacated and the parties be given until February 3, 2020, to file the motion for preliminary approval of class settlement. (*Id.*)

Accordingly, for good cause shown, the Court ORDERS:

1. The motion for preliminary approval of class settlement SHALL be filed **by no later than February 3, 2020.**

2. All other pending deadlines and hearings are VACATED.

IT IS SO ORDERED.

Dated: __**December 13, 2019**__            /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE