# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GONZALEZ on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>    Plaintiffs,<br>v.<br><br>NCI GROUP, INC., dba NCI BUILDING SYSTEMS; and DOES 1-100,<br><br>    Defendants. | Case No.: 1:18-cv-00948-AWI-SKO<br><br>**ORDER PERMITTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>**(Doc. 15)**<br><br>Judge: Hon. Anthony W. Ishii<br>Courtroom: 7<br><br>Action Filed: June 6, 2018<br>Action Removed: July 12, 2018<br>Trial Date: None Set |

1 **ORDER**

Although the Court approves the parties' stipulation as it relates to the filing of an amended pleading, for purposes of docket management, the operative pleadings must be filed on the docket separately. Thus, Plaintiff must file his First Amended Complaint—the Court will not deem it filed.

Accordingly, within two (2) days from the date of this order, Plaintiff shall file a First Amended Complaint conforming to the proposed amended complaint filed as an exhibit to the parties' stipulation.

Defendant's obligation to file a responsive pleading to the First Amended Complaint is stayed in view of settlement. (*See* Docs. 13, 14.) In the event that (a) the settlement agreement reached by the parties is void, voided, or terminated for any reason; or (b) this Court does not grant final approval of the settlement, the parties will meet and confer to discuss an appropriate timeframe by which a responsive pleading must be filed—which will in no event be less than 45 days from the date the settlement agreement is void, voided, or terminated, or the date of the Court's order denying final approval of the settlement.

IT IS SO ORDERED.

Dated: **January 31, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

ORDER PERMITTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT

Case No: 1:18-cv-00948-AWI-SKO

1